Jesse Naiman
Wyoming State Bar No. 7-5516
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jesse.naiman@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 26-cr-00063-KHR** |
| **ANGEL  LORENZO-MORALES, a/k/a Angel Lopez,** | |
| Defendant. | |

## MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT ANGEL LORENZO-MORALES WITHOUT PREJUDICE

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal without prejudice of the Complaint against the Defendant Angel Lorenzo-Morales in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the Defendant was released under the Bail Reform Act and is in the process of being removed from the United States by immigration authorities; thus, the Defendant is unavailable for prosecution. *See United States v. Slough*, 679 F. Supp. 2d 55, 60-61 (D.D.C. January 19, 2010) (citing cases discussing the "harsh remedy of dismissal with prejudice" and how it is impermissible "absent a clear basis in fact and law for doing so").

The government contacted defense counsel, Assistant Federal Public Defender Julie Withers, and she advised she has no objection to this motion.

DATED this 1st day of June, 2026.

DARIN D. SMITH
United States Attorney


By:   */s/ Jesse Naiman*
JESSE NAIMAN
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of June, 2026, the foregoing was electronically filed and consequently served on defense counsel.

*/s/ Kathryn Rauk*
For the United States Attorney's Office